**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bucklin, Peter M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA PMB Development Co.; DBA The Peter M. and Joan B. Bucklin Revocable Trust** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1153** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**94 Pebble Creek Drive**<br>**Eagle Point, OR**<br>ZIP Code **97524** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bucklin, Peter M.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bucklin, Peter M.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter M. Bucklin**
Signature of Debtor  **Peter M. Bucklin**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 23, 2010**
Date

### Signature of Attorney*

X **/s/ Thomas W. Stilley**
Signature of Attorney for Debtor(s)

**Thomas W. Stilley 88316**
Printed Name of Attorney for Debtor(s)

**Sussman Shank LLP**
Firm Name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**

Address

**Email: tom@sussmanshank.com**
**(503) 227-1111**
Telephone Number

**July 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Oregon

In re  **Peter M. Bucklin**                                      Case No.
                              Debtor(s)                          Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Case 10-64467-fra11    Doc 1    Filed 07/23/10

7/23/10 10:36AM

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Peter M. Bucklin**
                       **Peter M. Bucklin**

Date:   **July 23, 2010**

Certificate Number: 00134-OR-CC-011426319



00134-OR-CC-011426319

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 24, 2010</u>, at <u>10:01</u> o'clock <u>AM PDT</u>, <u>Peter M Bucklin</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Oregon</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>June 24, 2010</u>   By: <u>/s/Jayleen Viernes</u>

Name: <u>Jayleen Viernes</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
**Peter M. Bucklin** )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be FULLY completed by ALL debtors
Debtor(s) ) and attached to ALL copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
    NONE

2. Street address and description of principal assets (note property):
    94 Pebble Creek Drive
    Eagle Point OR 97524-0000

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does not have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE: **July 23, 2010**    **/s/ Peter M. Bucklin**    _____
                            Debtor's Signature          Phone #    Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name and Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Last 4 digits of Social Security #: _____ Phone #: _____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

# United States Bankruptcy Court
## District of Oregon

In re    **Peter M. Bucklin**
Debtor(s)

Case No.
Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **hourly rate plus expenses** |
   | Prior to the filing of this statement I have received | $ **42,000.00*** |
   | Balance Due | $ **TBD** |

   * $26,000 was applied to pre-petition fees and expenses and $1,039 was used for the Chapter 11 filing fee, leaving a balance in retainer of $14,961 for post-petition fees and expenses.

2. The source of the compensation paid to me was:

   ☒ Debtor    ☒ Other (specify):    $12,000 of the $42,000 was paid by Joan Bucklin, Debtor's spouse

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **None**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **None**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 23 2010**

/s/ Thomas W. Stilley
**Thomas W. Stilley 88316
Sussman Shank LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205-3089
(503) 227-1111
tom@sussmanshank.com**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **Peter M. Bucklin**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Birleffi/Pensco #BI1EC**<br>450 Sansome St<br>San Francisco, CA 94111 | **Louis Birleffi**<br>Birleffi/Pensco #BI1EC<br>450 Sansome St<br>San Francisco, CA 94111<br>415-819-6043 | **Promissory Note** | | **191,520.00** |
| **Cascade Acceptance Corp. Money Purchase Pension Trust**<br>PO Box 400<br>Mill Valley, CA 94942 | **Barney G. Glaser**<br>Cascade Acceptance Corp.<br>PO Box 400<br>Mill Valley, CA 94942<br>415-388-8431 | **Deficiency Claim - 2nd Trust Deed 7 Acre Commercial Land, Los Banos, CA** | | **1,558,372.00**<br>**(5,500,000.00 secured)**<br>**(8,308,586.95 senior lien)** |
| **Cascade Acceptance Corp.**<br>PO Box 123<br>Mill Valley, CA 94942 | **Barney G. Glaser**<br>Cascade Acceptance Corp.<br>P O Box 123<br>Mill Valley, CA 94942<br>415-388-8431 | **Deficiency Claim - 2nd Trust Deed 211 Peabody Lane, Vacaville, CA - 10,000 sf Building** | | **365,000.00**<br>**(1,800,000.00 secured)**<br>**(2,539,437.62 senior lien)** |
| **Courtney Architects, Inc.**<br>656 Santa Rosa Street<br>Suite 3A<br>San Luis Obispo, CA 93401 | **Courtney Architects, Inc.**<br>656 Santa Rosa Street Suite 3A<br>San Luis Obispo, CA 93401<br>(805) 541-3150 | **Vendor** | | **168,750.06** |
| **EMC**<br>PO Box 293150<br>Lewisville, TX 75029 | **Anthony W. Villani**<br>EMC<br>P O Box 293150<br>Lewisville, TX 75029<br>(214) 202-6911 | **Deficiency Claim - 2nd Trust Deed 485 Ormsby Lane, Petaluma, CA** | | **1,009,794.00**<br><br>**(850,000.00 secured)** |
| **GMAC**<br>3451 Hammond Ave<br>PO Box 780<br>Waterloo, IA 50704 | **GMAC**<br>PO Box 780<br>Waterloo, IA 50704<br>800-766-4622 | **Loan - 485 Ormsby Lane, Petaluma, CA** | | **286,815.00**<br>**(850,000.00 secured)**<br>**(1,009,794.00 senior lien)** |
| **Intervest Mortgage Investment**<br>5005 SW Meadows Rd Ste 400<br>Lake Oswego, OR 97035 | **Dan Halstrom**<br>Sterling Savings Bank<br>111 N. Wall St.<br>Spokane, WA 99210<br>509-363-8156 | **7 Acre Commercial Land, Los Banos, CA** | | **8,300,000.00**<br>**(5,500,000.00 secured)**<br>**(8,586.95 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Peter M. Bucklin**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Karl Schottstaedt<br>1205 B Street<br>Petaluma, CA 94952 | Karl Schottstaedt<br>1205 B Street<br>Petaluma, CA 94952<br>(707) 763-4937 | Promissory Notes: $117,500 & $117,500 | | 235,000.00 |
| Kenneth R. Maiolini<br>1733 Darby Road<br>Sebastopol, CA 95472 | Kenneth R. Maiolini<br>1733 Darby Road<br>Sebastopol, CA 95472<br>707-696-6710 | Promissory Notes $277,250 & $55,417 | | 332,667.00 |
| Louis J. Birleffi<br>256 Headlands Ct<br>Sausalito, CA 94965 | Louis J. Birleffi<br>256 Headlands Ct<br>Sausalito, CA 94965<br>415-819-6043 | Promissory Note | | 688,750.00 |
| O'Dell Engineering, Inc.<br>1165 Scenic Drive<br>Suite A<br>Modesto, CA 95350 | Randall O'Dell<br>O'Dell Engineering, Inc.<br>1165 Scenic Drive Suite A<br>Modesto, CA 95350<br>(209) 571-1765 | Vendor | | 181,990.00 |
| Premier West Bank<br>Loan Production Center<br>P O Box 40<br>Medford, OR 97501 | James M. Ford, CEO<br>Premier West Bank<br>PO Box 40<br>Medford, OR 97501<br>(541) 618-6020 | Deficiency Claim - 2nd Trust Deed 151 Morning Dove, Eagle Point, OR | | 235,000.00 (260,000.00 secured) (215,128.19 senior lien) |
| Premier West Bank<br>Loan Production Center<br>P O Box 40<br>Medford, OR 97501 | James M. Ford, CEO<br>Premier West Bank<br>PO Box 40<br>Medford, OR 97501<br>(541) 618-6020 | Deficiency Claim - 2nd Trust Deed 33 Broken Stone, Eagle Point, OR | | 235,000.00 (250,000.00 secured) (248,640.24 senior lien) |
| Premier West Bank<br>Loan Production Center<br>P O Box 40<br>Medford, OR 97501 | James M. Ford, CEO<br>Premier West Bank<br>P O Box 40<br>Medford, OR 97501<br>(541) 618-6020 | Deficiency Claim - 3rd Trust Deed 22262 Hwy 62, Shady Cove, OR (Duplex) | | 193,000.00 (180,000.00 secured) (240,382.14 senior lien) |
| Premier West Bank<br>Loan Production Center<br>P O Box 40<br>Medford, OR 97501 | James M. Ford, CEO<br>Premier West Bank<br>PO Box 40<br>Medford, OR 97501<br>541-618-6020 | Deficiency Claim - 1st Trust Deed 211 Peabody Lane, Vacaville, CA - 10,000 sf Building | | 2,400,000.00 (1,800,000.00 secured) (139,437.62 senior lien) |
| Premier West Bank<br>Loan Production Center<br>P O Box 40<br>Medford, OR 97501 | James M. Ford, CEO<br>Premier West Bank<br>PO Box 40<br>Portland, OR 97201<br>541-618-6020 | Deficiency Claim - 1st Trust Deed 3.8 Acre Eagle Point Center, 10522 Hwy 62 & Nick Young, Eagle Point, OR | | 3,400,000.00 (2,500,000.00 secured) (38,918.64 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re **Peter M. Bucklin**                                                                                                   Case No.
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Richard Joy<br>P O Box 2769<br>Fair Oaks, CA 95628 | Richard Joy<br>PO Box 2769<br>Fair Oaks, CA 95628<br>(916) 961-3190 | Deficiency Claim - 2nd Trust Deed 561 Marshall Road, Vacaville, CA - 3.8 Acre Commercial Land | | 1,200,000.00<br>(2,600,000.00 secured)<br>(2,187,784.03 senior lien) |
| Stevens-Hemingway-Stevens<br>520 2nd Ave<br>Crockett, CA 94525 | Pat Hemingway<br>Stevens-Hemingway-Stevens<br>520 2nd Ave<br>Crockett, CA 94525<br>(510) 787-1148 | Deficiency Claim - 3rd Trust Deed 7 Acre Commercial Land, Los Banos, CA | | 882,052.00<br>(5,500,000.00 secured)<br>(9,866,958.95 senior lien) |
| Timothy C. Espinoza<br>Pensco # ES1BH<br>450 Sansome St<br>San Francisco, CA 94111 | Timothy C. Espinoza<br>Pensco # ES1BH<br>450 Sansome St.<br>San Francisco, CA 94111<br>707-318-8220 | Promissory Note | | 240,000.00 |
| WA Partners/Schmitz<br>20 Vincent Lane<br>Novato, CA 94945 | Ferdinand Schmitz<br>WA Partners/Schmitz<br>20 Vincent Lane<br>Novato, CA 94945<br>(415) 898-6424 | Promissory Notes: $117,500 & $117,500 | | 235,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Peter M. Bucklin**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 23, 2010**                                   Signature   **/s/ Peter M. Bucklin**
                                                                      **Peter M. Bucklin**
                                                                      Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Oregon

In re  **Peter M. Bucklin**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 23, 2010**

/s/ Peter M. Bucklin  
**Peter M. Bucklin**  
Signature of Debtor

# United States Bankruptcy Court
### District of Oregon

In re   **Peter M. Bucklin**

Debtor(s)

Case No.

Chapter   **11**

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated:   **July 23, 2010**

**/s/ Thomas W. Stilley**
**Thomas W. Stilley 88316**
**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**
**(503) 227-1111**