Stephen P. Arnot, OSB #070765
E-Mail: steve.arnot@bullivant.com
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Creditor Intervest Mortgage
Investment Company

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Peter M. Bucklin,

            Debtor.

Chapter 11

No.: 10-64467-fra11

**DECLARATION OF DAN HALSTROM IN SUPPORT OF INTERVEST MORTGAGE INVESTMENT COMPANY'S OPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL**

I, Dan Halstrom, declare as follows:

1. I am an assistant vice president and special assets administrator for Sterling Savings Bank, the parent company to Intervest Mortgage Investment Company ("Intervest").

2. I am familiar with the books, records and files as they pertain to the loan and documents executed by one of the borrowers and debtor herein, Peter M. Bucklin. If called upon to testify in this action as to matters set forth in this Declaration, I

Page 1– DECLARATION OF DAN HALSTROM IN SUPPORT OF INTERVEST MORTGAGE INVESTMENT COMPANY'S OPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

could and would competently testify thereto.

3. On October 15, 2008, Intervest made an $8,725,000 construction loan to Peter M. Bucklin and Joan B. Bucklin as trustees to the Peter M. and Joan B. Bucklin Revocable Trust, Robert V. Roland, and Christopher M. Bucklin. The loan was secured by a first deed of trust against parcel number 431-141-019, commonly referred to as the Los Banos Center in Los Banos, California. The deed of trust contains an absolute assignment of rents clause and security agreement covering personal property. Intervest's deed of trust is properly perfected as the first lien against the real property and is perfected in the rents. Intervest is properly perfected in the personal property. Attached hereto as Exhibit "A" and "B" are the promissory note and deed of trust, respectively. Title to the Los Banos Center is held as tenants in common. The debtor's revocable trust owns 55% of which the debtor's beneficial interest represents 27.5%. The debtor's spouse owns the other 27.5%, Robert Rowland owns 35% and the debtor's son, Christopher Bucklin has a 10% interest in the Los Banos Center. Attached hereto as Exhibit "C" is a true and correct copy of the Trustee Sale Guarantee which sets forth how title is held to the real property and perfection of Intervest's liens against the real and personal property.

4. The purpose of the loan was to construct a retail shopping center known as the Los Banos Plaza. The project originally included the construction of three buildings. One of the buildings has been completed and occupied, one building has been constructed as a shell, and one building has not been constructed. The project has encountered difficulties in leasing and currently Tractor Supply Company is the only occupant of the Los Banos Center. The rent from the tenant is insufficient to pay the debt service on the loan.

5. As a result of the borrower's failure to make payments under the note and pay all

Page 2– DECLARATION OF DAN HALSTROM IN SUPPORT OF INTERVEST MORTGAGE INVESTMENT COMPANY'S OPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

1 | outstanding property taxes, Intervest issued a notice of default. The borrower's
2 | failed to cure and on April 2, 2010, Intervest recorded its Notice of Default and
3 | Election to Sell under Deed of Trust. In addition, Intervest exercised its rights
4 | under the Deed of Trust and issued its Notice of Demand to pay Rents to the
5 | Secured Party pursuant to section 2938 of the Civil Code. Attached hereto as
6 | Exhibit "D" is a true and correct copy of the Notice of Demand.
7 I declare under penalty of perjury that the foregoing is true and correct. Executed this
8 4th day of August, 2010, in Spokane, Washington.

/s/ Dan Halstrom
Dan Halstrom

10 12725100.1

Page 3– DECLARATION OF DAN HALSTROM IN SUPPORT OF INTERVEST MORTGAGE INVESTMENT COMPANY'S OPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2010, I caused to be served the foregoing **DECLARATION OF DAN HALSTROM IN SUPPORT OF INTERVEST MORTGAGE INVESTMENT COMPANY'S OPPOSITION TO DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL** on the following parties at the following addresses:

Thomas W. Stilley
1000 SW Broadway #1400
Portland, OR 97205
**Debtor's Attorney**

US Trustee, Eugene
405 E 8th Ave #1100
Eugene, OR 97401-2706
**US Trustee**

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ other (specify) _____

/s/ Stephen P. Arnot
Stephen P. Arnot, OSB#070765

Page 4— Certificate of Service

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351